■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GRAHAM, Also Known as LEONE GRAHAM, Appellant.

[627 NYS2d 550] —Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered July 12, 1993, convicting defendant, after a nonjury trial, of assault in the second degree and criminal possession of a weapon in the fourth degree, and sentencing him, as a second felony offender, to concurrent prison terms of 2½ to 5 years and 1 year, respectively, to run consecutively to three concurrent terms of 6 to 12 years, imposed in connection with an unrelated indictment, unanimously affirmed.

Viewing the evidence in the light most favorable to the prosecution and giving it the benefit of every reasonable inference *(People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), the evidence was sufficient as a matter of law to support the verdict, and, upon an independent review of the facts, the verdict was not against the weight of the evidence *(People v Bleakley,* 69 NY2d 490). Whether defendant was the aggressor and exceeded his right of self-defense in the altercation that resulted in the stabbing of the complainant presented an issue of credibility that was for the trial court to resolve as the factfinder *(see, People v Jones,* 200 AD2d 383, *lv denied* 83 NY2d 854). Concur—Sullivan, J. P., Rubin, Asch, Nardelli and Tom, JJ.